# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2025

## NO. 03-24-00010-CV

**Kathleen Connor Holcomb, Appellant**

**v.**

**Seton Medical Center, Appellee**

## APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
## AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the judgment signed by the trial court on December 5, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.